UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

No. 02 Civ. 5571 (RJH)

This Document Relates To:

| | |
|---|---|
| 07 Civ. 7778 | 07 Civ. 7776 |
| 07 Civ. 8208 | 07 Civ. 7779 |
| 07 Civ. 9593 | 07 Civ. 7803 |
| 08 Civ. 1938 | 07 Civ. 11485 |
| | 08 Civ. 01985 |

**NOTICE OF MOTION AND MOTION FOR
PRO HAC VICE ADMISSION OF CHRISTINE M. MACKINTOSH**

PLEASE TAKE NOTICE that, upon the accompanying affidavits of Stuart M. Grant and Christine M. Mackintosh and the Certificates of Good Standing attached thereto, the undersigned will move this Court at the United States Courthouse, Foley Square, New York, New York, before the Honorable Richard J. Holwell, for an order pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern District of New York, granting admission of Christine Mackintosh to practice before this Court for the purposes of this action.

Dated: May 19, 2008                Respectfully submitted,

                                   GRANT & EISENHOFER P.A.

                                   By _____
                                   Stuart M. Grant (SG-8157)
                                   Chase Manhattan Centre
                                   1201 North Market Street
                                   Wilmington, Delaware 19801
                                   (302) 622-7000
                                   (302) 622-7100 (facsimile)

                                   GRANT & EISENHOFER P.A.
                                   485 Lexington Avenue
                                   New York, New York 10017
                                   (646) 722-8500
                                   (646) 722-8501 (facsimile)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
———————————————————————X

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

No. 02 Civ. 5571 (RJH)

This Document Relates To:

| | |
|---|---|
| 07 Civ. 7778 | 07 Civ. 7776 |
| 07 Civ. 8208 | 07 Civ. 7779 |
| 07 Civ. 9593 | 07 Civ. 7803 |
| 08 Civ. 1938 | 07 Civ. 11485 |
| | 08 Civ. 01985 |

## AFFIDAVIT OF STUART M. GRANT IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE OF CHRISTINE M. MACKINTOSH

STUART M. GRANT being duly sworn, deposes and states:

1. I am an attorney at law admitted in the State of New York and am a member of the bar of the United States District Court for the Southern District of New York, having been admitted in 1987. I am a director of the law firm of Grant & Eisenhofer P.A. and am counsel for Plaintiffs in the above-referenced action.

2. I make this affidavit in support of the Motion for the admission of Christine Mackintosh *pro hac vice* into this Court for all purposes to participate in this case as counsel for Plaintiffs.

3. Ms. Mackintosh has been employed by Grant & Eisenhofer P.A. for over 2 years. I know her to be of the highest character. I believe she is an ethical, honest and responsible attorney who will abide by the rules of the Court.

- 2 -

4. Accordingly, I respectfully request that Christine M. Mackintosh be admitted to this Court *pro hac vice* to participate in the above-referenced action.

_____
STUART M. GRANT (SG-8157)

Sworn to before me this
19th day of May, 2008

_____
Notary Public

My commission expires

EMILY ANN JOHNSON
Notary Public - State of Delaware
My Comm. Expires May 26, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X
IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

No. 02 Civ. 5571 (RJH)

This Document Relates To:

| | |
|---|---|
| 07 Civ. 7778 | 07 Civ. 7776 |
| 07 Civ. 8208 | 07 Civ. 7779 |
| 07 Civ. 9593 | 07 Civ. 7803 |
| 08 Civ. 1938 | 07 Civ. 11485 |
| | 08 Civ. 01985 |

### AFFIDAVIT OF CHRISTINE M. MACKINTOSH
### IN SUPPORT OF MOTION FOR PRO HAC VICE ADMISSION

Christine M. Mackintosh hereby states that:

1. I am an associate of the law firm of Grant & Eisenhofer, P.A., 1201 N. Market Street, Suite 2100, Wilmington, DE 19801.

2. I submit this Affidavit in support of the motion for my admission to practice *pro hac vice* in the above-captioned matter.

3. I am admitted to practice law in the Commonwealth of Pennsylvania, having been admitted on February 7, 2002.

4. As shown in the Certificate of Good Standing attached hereto as Exhibit A, I am a member in good standing of the Commonwealth of Pennsylvania.

5. I am admitted to practice law in the State of Delaware, having been admitted on December 10, 2007.

6. As shown in the Certificate of Good Standing attached hereto as Exhibit B, I am a member in good standing of the State of Delaware.

7.  There are no pending disciplinary proceedings against me in any state or federal court.

8.  For this Court's convenience and consideration, a proposed order on this motion is attached hereto as Exhibit C.

Dated: May 16, 2008

*(signature)*
Christine M. Mackintosh
GRANT & EISEHNOFER P.A.
Chase Manhattan Centre
1201 North Market Street
Wilmington, Delaware 19801
(302) 622-7000
(302) 622-7100 (facsimile)

Sworn to before me this
16th day of May, 2008

*(signature)* Paula J. Kaiser
Notary Public

My commission expires:

PAULA J. KAISER
Notary Public - State of Delaware
My Comm. Expires Sept. 22, 2009

# Exhibit A



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Christine Marie MacKintosh, Esq.*

### DATE OF ADMISSION

*February 7, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 5, 2008

_____
Patricia A. Johnson
Chief Clerk

# Exhibit B

## SUPREME COURT OF THE STATE OF DELAWARE

### CERTIFICATE OF GOOD STANDING

The Clerk of the Supreme Court of the State of Delaware, the highest Court in the State, certifies that **Christine Marie Mackintosh,** was admitted to practice as an attorney in the Courts of this State on December 10, 2007 and is an *active* member of the Bar of the Supreme Court of the State of Delaware in good standing.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court at Dover this 2nd day of May, 2008.



Cathy L. Howard
Clerk of the Supreme Court

# Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
——————————————————————X

IN RE VIVENDI UNIVERSAL, S.A.
SECURITIES LITIGATION

No. 02 Civ. 5571 (RJH)

This Document Relates To:

| | |
|---|---|
| 07 Civ. 7778 | 07 Civ. 7776 |
| 07 Civ. 8208 | 07 Civ. 7779 |
| 07 Civ. 9593 | 07 Civ. 7803 |
| 08 Civ. 1938 | 07 Civ. 11485 |
| | 08 Civ. 01985 |

## [PROPOSED] ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE OF CHRISTINE M. MACKINTOSH

**ORDERED** that the motion for admission of Christine M. Mackintosh to practice *pro hac vice* in the above-captioned matter is granted. The admitted attorney, Christine Mackintosh may appear *pro hac vice* and participate in this case as counsel for Plaintiffs for all purposes, including but not limited to, pleadings, arguments, pretrial proceedings, and the trial of this action.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's office. When paying by mail, return a copy of this Order to the Clerk's office with the required fee.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated: _____, 2008

_____
The Honorable Richard J. Holwell

## CERTIFICATE OF SERVICE

I, Stuart M. Grant hereby certify that on May 19, 2008, I caused a copy of the foregoing Motion for Admission *pro hac vice* of Christine M. Mackintosh to be served by first class mail upon the following counsel in this action:

Michael A. Paskin, Esquire
Michael T. Reynolds, Esquire
**Cravath, Swaine & Moore LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY  10019
Tel – (212) 474-1000
Fax – (212) 474-3700

James W. Quinn, Esquire
Penny P. Reid, Esquire
**Weil, Gotshal & Manges LLP**
767 Fifth Avenue
New York, NY  10153
Tel – (212) 310-8000
Fax – (212) 310-8007

Michael J. Malone, Esquire
Lisa L. Albert, Esquire
**King & Spalding LLP**
1185 Avenue of the Americas
New York, NY  10036
Tel – (212) 556-2100
Fax – (212) 556-2222

Martin L. Perschetz, Esquire
Einat Philip, Esquire
**Schulte Roth & Zabel LLP**
919 Third Avenue
New York, NY  10022
Tel – (212) 756-2000
Fax – (212) 593-5955

_____
Stuart M. Grant (SG-8157)